JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 12–820. LOZANO v. MONTOYA ALVAREZ. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 12–7610. DAVIS v. CLARK ET AL. C. A. 10th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1141] denied. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 12–8253. DAUGHERTY v. THE HEIGHTS ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until April 8, 2013, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 12–8714. IN RE LAN THI TRAN NGUYEN;
No. 12–8718. IN RE WHITE; and
No. 12–8834. IN RE McCOY. Petitions for writs of habeas corpus denied.

No. 12–8724. IN RE COX. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

No. 12–8905. IN RE ROBINSON. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 12–953. IN RE DEL RIO. Petition for writ of mandamus denied.

No. 12–464. KALEY ET VIR v. UNITED STATES. C. A. 11th Cir. Certiorari granted.